# BARKER, GELFAND & JAMES

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

*Atlantic County Office:*
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 - Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **

*Camden County Office:*
The Laurelwood Corporate Center
1101 Laurel Oak Road ~ Suite 110
Voorhees, New Jersey 08043
(856) 874-0555
(609) 601-8577 - Telefax

JEFFREY P. SARVAS, OF COUNSEL

*Gloucester County Office:*
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: vjames@barkerlawfirm.net
*By Appointment Only*

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA

Website: www.barkerlawfirm.net
e-mail: ambarker@barkerlawfirm.net

**PLEASE REPLY TO
ATLANTIC COUNTY OFFICE**

October 29, 2013

*Via ECF Filing*
United States District Court/Camden
Mitchell H. Cohen United States Court House
One John F. Gerry Plaza – Courtroom 4D
PO Box 887
Camden, New Jersey 08101

  Re: Taharqu Dean v. Deptford Township /d/b/a Deptford Township Police Department; Daniel Murphy, Chief of Deptford Township Police Department; Gloucester County d/b/a Deptford Township Police Department; Gloucester County Department of Correctional Services; Eugene Caldwell, II as Warden of the Gloucester County Department of Correctional Services; Brandon Cohen, Police Officer for Deptford Township Police Department; Michael DiVito, Police Officer for Deptford Township Police Department; John Storms, Sergeant for Deptford Township Police Department; and Jesse Yamada, Sergeant for the Gloucester County Department of Correctional Services.
    **Civil Action Number:** 13-cv-05197-RMB-KMW
    Qual-Lynx File Number: X122590
    Our File Number: 46640-35

Your Honor:

Page 2
October 29, 2013
Clerk
United States District Court/Camden

    Re:    Taharqu Dean v. Deptford Township /d/b/a Deptford Township Police Department; Daniel Murphy, Chief of Deptford Township Police Department; Gloucester County d/b/a Deptford Township Police Department; Gloucester County Department of Correctional Services; Eugene Caldwell, II as Warden of the Gloucester County Department of Correctional Services; Brandon Cohen, Police Officer for Deptford Township Police Department; Michael DiVito, Police Officer for Deptford Township Police Department; John Storms, Sergeant for Deptford Township Police Department; and Jesse Yamada, Sergeant for the Gloucester County Department of Correctional Services.
**Civil Action Number:** 13-cv-05197-RMB-KMW
Qual-Lynx File Number: X122590
Our File Number: 46640-35

---

Our firm represents Defendants, Deptford Township, Chief of Police Daniel Murphy, Michael DiVito and John Storms in the above-noted matter.

On or about October 23, 2013, Plaintiff filed a Motion to Dismiss the above Defendants' Counterclaim asserted in the Defendants' Answer to Plaintiff's Complaint. (ECF #19). On the same day, Plaintiff's Motion was administratively terminated pursuant to this Court's "Individual Rules and Procedures." (ECF #20). On or about October 25, 2013, Plaintiff submitted a letter requesting a pre-motion conference "per this Honorable Court's rules and procedures." (ECF #21).

Upon consideration, pursuant to Fed. R. Civ. Pro. 41, Defendants have decided to voluntarily dismiss their counterclaim without prejudice. Under R. 41(c), a counterclaimant may voluntarily dismiss any counterclaim:

    (1) before a responsive pleading is served; or
    (2) if there is no responsive pleading, before evidence is introduced at a hearing or trial.

In the instant case, Plaintiff has not filed a responsive pleading, as a Motion to Dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6) is not a "responsive pleading." See, e.g., Directv, Inc. v. Cino, 2004 U.S. Dist. LEXIS 28047 (June 10, 2004)(dismissing Plaintiff's R. 12(b)(6) Motion to Dismiss as moot and dismissing Defendants' counterclaims without prejudice pursuant to Notices of Voluntary Dismissal filed by Defendants in response to Plaintiff's Motion to Dismiss under Fed. R. Civ. Pro. 41(c)).

Page 3
October 29, 2013
Clerk
United States District Court/Camden
    Re:    Taharqu Dean v. Deptford Township /d/b/a Deptford Township Police Department; Daniel Murphy, Chief of Deptford Township Police Department; Gloucester County d/b/a Deptford Township Police Department; Gloucester County Department of Correctional Services; Eugene Caldwell, II as Warden of the Gloucester County Department of Correctional Services; Brandon Cohen, Police Officer for Deptford Township Police Department; Michael DiVito, Police Officer for Deptford Township Police Department; John Storms, Sergeant for Deptford Township Police Department; and Jesse Yamada, Sergeant for the Gloucester County Department of Correctional Services.
          **Civil Action Number:** 13-cv-05197-RMB-KMW
          Qual-Lynx File Number: X122590
          Our File Number: 46640-35

---

    Furthermore, as we are in the initial pleading stage of this lawsuit, no evidence regarding the counterclaim (or any other claim) has been introduced.

    Therefore, Defendants respectfully request that this Court dismiss Defendants' counterclaim without prejudice pursuant to the Defendants' Notice of Voluntary Dismissal.

    Thank you for your time and attention to this matter.

                             Very Truly Yours,

                             **BARKER, GELFAND & JAMES**
                             **a Professional Corporation**

                       By: _____
                             A. Michael Barker, Esquire

AMB/jps
Enclosure

    cc:    ***with copy of enclosure to:***
            Matthew B. Weisberg, Esquire
            Patrick J. Madden, Esquire

A. Michael Barker, Esquire
Barker, Gelfand & James
A Professional Corporation
Linwood Greene – Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
AMBarker@BarkerLawFirm.net
Our File Number: 46640-35
Attorney for Defendants, Deptford Township, Chief of Police Daniel Murphy, Michael DiVito, and John Storms jointly, severally and in the alternative.

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY - CAMDEN**

| | |
|---|---|
| TAHARQU DEAN,<br><br>  PLAINTIFF,<br>V.<br><br>DEPTFORD TOWNSHIP D/B/A DEPTFORD TOWNSHIP POLICE DEPARTMENT;<br><br>DANIEL MURPHY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF THE DEPTFORD TOWNSHIP POLICE DEPARTMENT;<br><br>GLOUCESTER COUNTY D/B/A DEPTFORD TOWNSHIP POLICE DEPARTMENT;<br><br>GLOUCESTER COUNTY DEPARTMENT OF CORRECTIONAL SERVICES;<br><br>EUGENE CALDWELL, II, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS WARDEN OF THE GLOUCESTER COUNTY DEPARTMENT OF CORRECTIONAL SERVICES;<br><br>BRANDON COHEN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS POLICE OFFICER FOR THE DEPTFORD TOWNSHIP POLICE | Civil Action<br>Number 13-cv-05197 (RMB/KMW)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41** |

| |
|---|
| DEPARTMENT; |
| MICHAEL DIVITO, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS POLICE OFFICER FOR THE DEPTFORD TOWNSHIP POLICE DEPARTMENT; |
| JOHN STORMS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SERGEANT FOR THE DEPTFORD TOWNSHIP POLICE DEPARTMENT; AND, |
| JESSE YAMADA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SERGEANT FOR THE GLOUCESTER COUNTY DEPARTMENT OF CORRECTIONAL SERVICES, |
| Defendants. |

Defendants, Deptford Township, Chief of Police Daniel Murphy, Michael DiVito, and John Storms hereby voluntarily dismiss their Counterclaim, asserted in their Answer to Plaintiff's Complaint, without prejudice pursuant to Fed. R. Civ. Pro. 41.

A. Michael Barker, Esquire
Attorney for Defendants

Dated: 29 October 2013